# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Court*

State Court County: __Franklin__

Case number and caption:

| 12CV001879 | Dr. Sunil Nayyar | vs | Mt. Carmel Health Sys. |
|---|---|---|---|
| Case Number | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court:  ☒ Yes  ☐ No

If "Yes," by which party and on what Date:

| Plaintiff | 2-13-12 |
|---|---|
| Party | Date |

| | | |
|---|---|---|
| Were there parties not served prior to removal? | ☐ Yes | ☒ No |
| Were there parties dismissed/terminated prior to removal? | ☐ Yes | ☒ No |
| Were there answers filed in State Court? | ☐ Yes | ☒ No |
| Is there a pending TRO in State Court? | ☐ Yes | ☒ No |

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal?  ☒ Yes  ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
Mount Carmel Health System      Dr. Richard Streck
Dr. John Weiss
Dr. Li Tang

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| I.E. Defendant John Doe | I.E. Defendant John Doe | I.E. Defendant John Doe |

| Party and Type | Attorney(s) |
|---|---|
| I.E.  Plaintiff John Doe | I.E.  Attorney(s) Name<br>Firm<br>Address<br>City, State, Zip<br>Telephone and Fax Number<br>Supreme Court Number |
| Plaintiff Sunil Nayyar | William W. Patmon, III (0062204)<br>The Patmon Law Firm<br>88 East Broad Street, Suite 1580<br>Columbus, Ohio 43215<br>Tel: 614-470-9860<br>Fax: 614-470-9930<br>wpatmon@patmonlaw.com |
| Defendants Mount Carmel Health System, Dr. John Weiss, Dr. Li Tang, and Dr. Richard Streck | M.J. Asensio (0030777)<br>Kristopher J. Armstrong (0077799)<br>Baker & Hostetler, LLP<br>65 East State Street, Suite 2100<br>Columbus, Ohio 43215<br>Tel: 614-228-1541<br>Fax: 614-462-2616<br>masensio@bakerlaw.com<br>karmstrong@bakerlaw.com |

USE A SEPARATE SHEET OF PAPER IF NECESSARY