IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


SUNIL NAYYAR,

      Plaintiff,


    vs.                            Civil Action 2:12-cv-189
                                    Judge Marbley
                                    Magistrate Judge King


MOUNT CARMEL HEALTH SYSTEM,
*et al.*,

      Defendants.


<u>ORDER</u>


On November 29, 2012, plaintiff filed a motion to compel.  Doc. No. 31.  To date, defendants have not responded.

Plaintiff's motion to compel, Doc. No. 31, is **GRANTED** subject to the following limitations.  Defendants are **ORDERED** to provide substantive response to the outstanding discovery requests addressed in the motion to compel within ten (10) days of the date of this *Order*.



February 25, 2013              *s/Norah McCann King*
                              Norah M$^c$Cann King
                       United States Magistrate Judge